C. A. 185; Novelty Glass Co. v. Brookfield, 172 Fed. 221, 97 C. C. A. 25; Fairbanks, Morse & Co. v. Stickney, 123 Fed. 79, 59 C. C. A. 209; Metallic Extraction Co. v. Brown, 110 Fed. 665, 49 C. C. A. 147.

Claim 1, which we found void, is material and substantial, though it does not appear that the claim was made through "any willful default or intent to defraud or mislead the public," but rather "through an inadvertence, accident or mistake." No disclaimer of it appearing to have been entered as in the statutes provided, but no unreasonable delay or neglect therein appearing, the order we heretofore made must be and is set aside, and in lieu thereof we make the following order:

The decree of the District Court is reversed, and appellee shall have 60 days after mandate herein is filed in the district court, in which to file there a certified copy of disclaimer of claim 1 of the patent which disclaimer is to be entered in the United States Patent Office; and on the filing of such certified copy of disclaimer the District Court shall enter the usual decree for injunction and accounting under claim 2 of said patent, without costs to appellee. Failing to enter and to file such disclaimer as prescribed, the bill shall be dismissed at appellee's costs. Neither party shall recover costs of this appeal.

---

WATERBURY FARRELL FOUNDRY & MACHINE CO. v. E. J. MANVILLE MACH. CO.

(Circuit Court of Appeals, Second Circuit. April 25, 1918.)

No. 235.

Appeal from the District Court of the United States for the District of Connecticut.

Bill by the Waterbury Farrell Foundry & Machine Company against the E. J. Manville Machine Company. From a decree for defendant, complainant appeals. Affirmed.

For opinion below, see 253 Fed. 59.

P. Farnsworth, of New York City (J. Edgar Bull, of New York City, of counsel), for appellant.

Wetmore & Jenner and Oscar W. Jeffery, all of New York City, for appellee.

Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

WATERBURY FARRELL FOUNDRY & MACHINE CO v. E. J. MANVILLE MACH. CO.

(District Court, D. Connecticut. September 13, 1917.)

No. 1464.

1. PATENTS ☞174—MINOR IMPROVEMENTS—CONSTRUCTION.
    Claims in patents for minor improvements in an art already well understood should be strictly construed.

2. PATENTS ☞246—INFRINGEMENT—OMISSION OF ELEMENTS.
    The omission of one element of a claim to a patent averts infringement.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes